| | |
|---|---|
| ALAN R. PLUTZIK (SBN 077785)<br>BRAMSON, PLUTZIK, MAHLER<br>   & BIRKHAEUSER, LLP<br>2125 Oak Grove Rd., Suite 120<br>Walnut Creek, CA 94598<br>Tel: 925-945-0200; Fax: 925-945-8792<br>aplutzik@bramsonplutzik.com<br><br>*One of Counsel for Plaintiffs in No. 06-1221 (RS)*<br>[Other counsel for pltfs listed on signature page]<br><br>JENELLE WELLING (SBN 209480)<br>CHARLES D. MARSHALL (SBN 23644)<br>GREEN WELLING LLP<br>595 Market Street, Suite 2750<br>San Francisco, CA 94105<br>Tel: 415-477-6700; Fax: 415-477-6710<br>cand.uscourts@classcounsel.com<br><br>*Counsel for Plaintiffs in No. 06-2254 (RMW)* | HOWARD HOLDERNESS (SBN 169814)<br>THOMAS R. GREEN (SBN 203480)<br>MORGAN, LEWIS & BOCKIUS LLP<br>One Market, Spear Street Tower<br>San Francisco, CA 94105<br>Tel: 415-442-1000; Fax: 415-442-1001<br>hholderness@morganlewis.com<br>tgreen@morganlewis.com<br><br>JOHN F. SCHULTZ (*pro hac vice*)<br>BARRY L. McCOY (*pro hac vice*)<br>MORGAN, LEWIS & BOCKIUS LLP<br>1701 Market Street<br>Philadelphia, PA 19103<br>Tel: 215-963-5000; Fax: 215-963-5001<br>john.schultz@morganlewis.com<br>bmccoy@morganlewis.com<br><br>*Counsel for Defendant Hewlett-Packard Company<br>in Nos. 06-1221 (RS) and 06-2254 (RMW)* |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

*E-FILED - 12/12/07*

| | |
|---|---|
| Michael Brothers *et al*, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>Hewlett-Packard Company,<br><br>    Defendant. | Case No. 06-2254 (RMW)<br><br>**STIPULATION AND [xxxxxxxxxx] ORDER re. CONSOLIDATION & REASSIGNMENT FOR SETTLEMENT PURPOSES**<br><br>Date: October 26, 2007<br>Time: 9:00 a.m.<br>Before: The Honorable Ronald M. Whyte |
| In re Hewlett-Packard Co. Power Plug Litigation | Case No. 06-1221 (RS) |

WHEREAS the parties and their counsel in each of the above-captioned two cases, *In re Hewlett-Packard Co. Power Plug Litig.*, No. 06-1221 (RS) (the "Power Plug Lawsuit") and *Brothers et al. v.*

No. 06-1221 (RS)      - 1 -      No. 06-2254 (RMW)

STIP. & [xxxxxxxx] ORDER re. CONSOL. & REASSIGNMENT FOR SETTLEMENT PURPOSES

*Hewlett-Packard Co.*, No. 06-2254 (RMW) (the "Brothers Lawsuit"), have entered into a Stipulation of Settlement detailing a proposed settlement (the "Settlement") that covers both cases; and

WHEREAS the Power Plug Lawsuit and the Brothers Lawsuit are pending before two different judges; and

WHEREAS it would enhance judicial efficiency if all proceedings pertaining to the Settlement were to occur under the auspices of a single judge;

THEREFORE, the parties to the Power Plug Lawsuit and the Brothers Lawsuit stipulate as follows and request that the Courts enter the subjoined order:

1. For purposes of approving and effectuating the Settlement only, the Power Plug Lawsuit and Brothers Lawsuit are consolidated pursuant to Local Civil Rule 3-12(a). The case so consolidated is assigned to Judge Whyte and shall bear the following caption and case number:

| In re: HP Power Plug and Graphic Card Litigation | Case No. 06-2254 (RMW) |
|---|---|

2. All papers to be filed and all proceedings to be had relating to the Settlement shall be under this caption and case number.

3. In the event the Stipulation of Settlement is terminated pursuant to its terms, or the Effective Date[1] for any reason does not occur, the subjoined order consolidating the Power Plug Lawsuit and the Brothers Lawsuit shall be automatically vacated upon notice of the same to the Court, and both cases will proceed independently before Judges Seeborg and Whyte, respectively, and will return to the procedural status quo that existed prior to the entry of this order consolidating the cases for purposes of settlement.

4. The parties request that the Courts enter the order below. Notice of presentation is waived.

---

[1] Capitalized terms have the same meaning as in the Stipulation of Settlement.

1  Dated: October 22, 2007.

2

3  BRAMSON, PLUTZIK, MAHLER      MORGAN, LEWIS & BOCKIUS LLP
    & BIRKHAEUSER, LLP

4                                       By: /s/ Barry L. McCoy (*pro hac vice*)
By: /s/ Alan Plutzik (SBN 077785)

5                                       *Counsel for Defendant Hewlett-Packard Company*
Thomas D. Mauriello (SBN 144811)     *in Nos. 06-1221 (RS) and 06-2254 (RMW)*

6  LAW OFFICES OF THOMAS D. MAURIELLO

7  *Co-Liaison Counsel for Pltfs in No. 06-1221 (RS)*

8

9  Scott Kamber
KAMBER & ASSOCIATES, LLC

10

11  Antonio Vozzolo
FARUQI & FARUQI LLP

12

13  Clifford Cantor
LAW OFFICES OF
   CLIFFORD A. CANTOR, P.C.

14

15  *Co-Lead Counsel for Pltfs in No. 06-1221 (RS)*

16         *      *      *

17  GREEN WELLING LLP

18  By: /s/Charles Marshall
     Jenelle Welling (SBN 209480)
19       Charles D. Marshall (SBN 23644)

20  *Counsel for Plaintiffs in No. 06-2254 (RMW)*

21

22

23

24

25

26

27

[xxxxxxxxxxxx] ORDER

IT IS SO ORDERED.

Dated [10/24] _____, 2007.

/s/ Richard Seeborg
_____
HON. RICHARD SEEBORG
UNITED STATES MAGISTRATE JUDGE

*Ronald M. Whyte*
_____
HON. RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE